IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES K. SMITH, ORZA FERGUSON, GAYMON SAMPSON, and CURTIS McQUINN on behalf of themselves and all others similarly situated, | * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION FILE NO. 4:20-CV-00080-CDL |
| v. | * * | |
| MARTIN MARIETTA MATERIALS, INC. | * * | |
| Defendant. | * | |

### <u>ORDER FOR THE CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND ISSUANCE OF NOTICE TO PUTATIVE CLASS MEMBERS</u>

WHEREFORE, the Parties in the above-referenced action, through their undersigned counsel, filed a Stipulation for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members under the Fair Labor Standards Act, 29 U.S.C. §216(b) to request this Court conditionally certify this as a collective action;

WHEREFORE, the Parties have agreed to allow the Notice and Consent Forms to issue to "all employees or former employees of Martin Marietta Materials, Inc. who work or have worked as hourly, manual labor employees for the Junction City Quarry in Georgia at any time during the last three (3) years";

**IT IS HEREBY ORDERED:**

(a) The above-referenced action shall be conditionally certified as a collective action

pursuant to 29 U.S.C. §216(b) and shall proceed accordingly;

(b)  The Defendant Martin Marietta Materials, Inc. will have fourteen (14) days from the entry of this Order to provide Plaintiff's counsel with the name, last-known address, job title held, dates of employment and email address of all hourly, manual-labor worker employees, former or otherwise, assigned to work at its Junction City, Georgia location from <u>April 21, 2017</u> to the present date;

(c)  The Court will authorize the Court Notice attached in Exhibit A, and once executed, the Plaintiff will send it, along with the Consent Form attached in Exhibit B, to those employees and former employees identified by Defendant within fourteen (14) days after the Defendant's provision of the information to Plaintiff as required in subsection (b), above;

(d)  Plaintiffs shall distribute the Court Notice attached in Exhibit A, and the Consent Form attached in Exhibit B, to those employees and former employees identified by Defendant be made via U.S. Mail and/or E-Mail, with no more than two distributions of those documents to be made during the forty-five (45) day period described below, to each hourly, manual-labor worker employee;

(e)  Plaintiffs shall provide the Defendant with a list of opt-in plaintiffs at the conclusion of the forty-five (45) day period described below; and

(f)  The Court will provide forty-five (45) days after the issuance of the notice by the Plaintiff for the potential opt-in members of the collective action to file their consent with the Court to participate as opt-in plaintiffs for this lawsuit.

This 21st day of July, 2020.

s/Clay D. Land
The Honorable Clay D. Land
United States District Judge
Middle District of Georgia