IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES K. SMITH, THERIA FERGUSON, as Administrator of the Estate of ORZA FERGUSON, GAYMON SAMPSON, and CURTIS McQUINN on behalf of themselves and all others similarly situated, | * * * * * * |
| Plaintiffs, | * CIVIL ACTION FILE NO. |
|  | * 4:20-CV-00080-CDL |
| v. | * * |
| MARTIN MARIETTA MATERIALS, INC., | * * |
| Defendant. | * |

STIPULATED JUDGMENT

Pursuant to the Court-approved settlement [ECF Nos. 49-51], the Parties have settled all claims in the above-styled lawsuit. Defendant has already paid the consideration owed to individual Plaintiffs pursuant to the Court-approved settlement. Pursuant to this Court's Order [ECF No. 60], JUDGMENT is hereby entered for the Plaintiffs for their attorneys' fees in the amount of $174,751.08 and costs in the amount of $2,000.75. In accordance with the Court-approved settlement [ECF No. 49-2, Sec. II], the Defendant shall submit this payment directly to Plaintiffs' counsel of record and will issue a 1099 to Plaintiffs' counsel within thirty (30) days. Within five (5) business days after Plaintiffs' counsel receives payment in the total amount of $176,751.83 to Plaintiff's counsel, Plaintiffs will file a satisfaction of the judgment, and this entire action shall be deemed dismissed pursuant to the parties' settlement and this judgment. There shall be no post judgment interest if the judgment is satisfied within 30 days of today's entry of judgment.

This 12th day of November 2021.
__S/Clay D. Land, U.S. District Judge